# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY DUNCAN,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 3:19-cv-00172-BRM-TJB<br><br>**APPEARANCE OF COUNSEL**<br><br>(Filed Electronically) |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendant, Wells Fargo Bank, N.A. in the above-captioned matter.

Dated: January 31, 2019

                                            */s/ Heather Elizabeth Saydah*
                                            Heather Elizabeth Saydah
                                            WINSTON & STRAWN LLP
                                            200 Park Avenue
                                            New York, NY 10166-4193
                                            (212) 294-5312
                                            (212) 294-4700 ~ Fax
                                            hsaydah@winston.com

                                            *Attorneys for Defendant*
                                            *Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that copies of the foregoing NOTICE OF APPEARANCE was served by notice of electronic filing and electronic mail on the 31st day of January, 2019, upon:

>Javier L. Merino
>DANNLAW
>1 Meadowlands Plaza, Suite 200
>East Rutherford, NJ 07073
>notices@dannlaw.com
>
>*Attorneys for Plaintiff Kimberly Duncan*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  January 31, 2019

>*/s/ Heather Elizabeth Saydah*
>Heather Elizabeth Saydah