Columbus | Cincinnati | Cleveland | New Jersey | New York  

**Javier L. Merino, Esq.***

201-355-3440  
Direct Telephone

JMerino@DannLaw.com  
Email

216-373-0536  
Fax

February 12, 2021

<u>Via ECF</u>

The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

Re:   *Kimberly Duncan v. Wells Fargo Bank, N.A.*
       Civil Action No.: 3:19-cv-00172-BRM-TJB

Dear Judge Martinotti:

The undersigned are counsel for Plaintiff Kimberly Duncan ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"; collectively, the "Parties"), respectively. The Parties write to advise the Court that they are in discussions regarding potential resolution of Plaintiff's claims. The Parties therefore propose that the Court stay this action for a period of eight weeks, until April 1, 2021, at which time the Parties will update the Court as to whether a further stay of the case is requested.

Very truly yours,

DANNLAW

/s/ Javier L. Merino
Javier L. Merino, Esq.
*Counsel for Kimberly Duncan*

WINSTON & STRAWN LLP

/s/ Angela A. Smedley
Angela A. Smedley, Esq.
*Counsel for Wells Fargo Bank, N.A.*

NJ Address
372 Kinderkamack Rd Ste 5
Westwood, NJ 07675

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only